AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Glenn, Martin | 2. Court or Organization<br><br>U.S. Bankruptcy Court, SDNY | 3. Date of Report<br><br>05/28/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>One Bowling Green, Room 528<br>New York, NY 10004-1408 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Columbia Law School |
| 2. | Contributing Author | Collier on Bankruptcy (Mathew Bender) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | O'Melveny & Myers LLP partnership retirement plan (pursuant to Partnership Agreement) with former law firm -- no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2018 | O'Melveny & Myers LLP retirement income | $177,420.00 |
| 2. | 2018 | Columbia Law School | $27,764.00 |
| 3. | 2018 | Mathew Bender (Collier) | $5,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INSOL International | 3/20-23/ 2018 | Bueno Aires, Argentina | Speak at Seminar | Transportation, Food, Hotel |
| 2. | International Insolvency Institute | 5/15-18/2018 | Paris, France | Speak at Seminar | Transportation, Food, Hotel |
| 3. | U.S. Commerce Department | 7/10-11/2018 | Tunis, Tunisia | Teach Tunisia Judges about insolvency law | Transportation, Food, Hotel |
| 4. | Singapore Law Society | 7/23-26/2018 | Singapore | Speak at Seminar | Transportation, Food, Hotel |
| 5. | U.S. Commerce Department | 9/27-29/2018 | Casablanca, Morocco | Teach Moroccan Judges about insolvency law | Transportation, Food, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Glenn, Martin** | 05/28/2019 |

| | | | | |
|---|---|---|---|---|
| 6. | Bechmark Chambers International | 10/17-20/2019 | Shenzhen, China | Speak at Seminar | Transportation, Food, Hotel |
| 7. | New York State Bar Association | 10/24-26/2018 | Montreal, Canada | Speak at Seminar | Transportation, Food, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Brokerage Account | | | | | | | | | |
| 2. Amgen Inc. common | C | Dividend | M | T | | | | | |
| 3. Cisco Systems Inc. common | B | Dividend | L | T | | | | | |
| 4. Clearbridge Value Trust C | B | Dividend | M | T | Buy | 12/12/18 | L | | |
| 5. Energizer Holdings common | A | Dividend | K | T | | | | | |
| 6. Edgewell Personal Care (formerly part of Energizer) | A | Dividend | K | T | | | | | |
| 7. Franklin Rising Dividends C | A | Dividend | L | T | | | | | |
| 8. IBM Corp common | B | Dividend | K | T | | | | | |
| 9. KLA-Tencor Corp. common | C | Dividend | L | T | | | | | |
| 10. MFS Utilities Fund CL C | B | Dividend | L | T | | | | | |
| 11. Proctor & Gamble Co. common | A | Dividend | K | T | | | | | |
| 12. Target Corp. common | B | Dividend | K | T | | | | | |
| 13. Olstein All Cap Value Fund Class C | C | Dividend | O | T | Buy (add'l) | 12/18/18 | L | | |
| 14. Pioneer High Yield FD CL C | D | Dividend | N | T | | | | | |
| 15. Invesco (formerly Van Kampen) Equity & Income Fund Class C) | B | Dividend | M | T | | | | | |
| 16. Western Asset High Income Opportunity FD | A | Dividend | J | T | | | | | |
| 17. Western Asset Municipals A | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UTS First Trust Dow Target | E | Int./Div. | | | Sold | 11/14/18 | O | G | |
| 19. UTS First Trust Dow Target | B | Int./Div. | O | T | Buy | 11/19/18 | O | | |
| 20. NYC GEN OBL BONDS | E | Interest | O | T | | | | | |
| 21. NYS ENVRMTL FAC CRP BONDS | B | Interest | M | T | | | | | |
| 22. NYC TRANSITIONAL FIN AUTH BOND | D | Interest | M | T | | | | | |
| 23. NYC Municipal Water Finance Authority | C | Interest | M | T | | | | | |
| 24. PORT AUTH NY & NJ CONS | D | Interest | M | T | | | | | |
| 25. METROPOLITAN TSPTN AU NY BOND | A | Interest | L | T | | | | | |
| 26. NYS ENV FACS CRP BONDS | C | Interest | M | T | | | | | |
| 27. TRIBOROUGH BRDG & TUN AUTH NY BONDS | B | Interest | M | T | Redeemed (part) | 11/15/18 | L | A | |
| 28. TRIBOROUGH BRDG & TUN AUTH NY BONDS | B | Interest | M | T | Buy (add'l) | 8/24/18 | M | | |
| 29. NYS DORM AU REV MEM SLOAN BOND | C | Interest | L | T | | | | | |
| 30. NYS DORM AUTH BDS | B | Interest | L | T | | | | | |
| 31. NYS DORM AUTH BDS | B | Interest | M | T | | | | | |
| 32. NYS NYU DORM AUTH REV BDS | A | Interest | M | T | | | | | |
| 33. NYS Thruway Auth Genl Rev | C | Interest | L | T | | | | | |
| 34. NYS Mtg Agency | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYS GO | B | Interest | K | T | | | | | |
| 36. New York N OID | A | Interest | M | T | | | | | |
| 37. NYS Housing Finance Agency Affordable Rev-D | C | Interest | K | T | | | | | |
| 38. NYS Housing Finance Agency | A | Interest | L | T | Buy | 05/10/18 | L | | |
| 39. Morgan Stanley Bank (formerly Citibank) | D | Interest | O | T | | | | | |
| 40. Fidelity High Income Fund | A | Dividend | J | T | | | | | |
| 41. Citibank Bank Accounts | A | Interest | L | T | | | | | |
| 42. | | | | | | | | | |
| 43. O & M Investment Partners LP/Michael T. Jackson Investments | B | Int./Div. | M | T | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. AXA Equitable Flexible Premium Variable Life--Policy | | | | | | | | | |
| 47. AXA Large Cap Value Managed Volitility | A | Dividend | J | T | | | | | |
| 48. AXA Guaranteed Interest | A | Interest | J | T | | | | | |
| 49. AXA Multimanager Aggressive Equity | A | Dividend | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Martin Glenn Morgan Stanley IRA Account # 1 | | | | | | | | | |
| 53. Legg Mason Ptnrs (Clearbridge) Aggressive Growth Fund Class A | C | Dividend | O | T | | | | | |
| 54. Legg Mason (Clearbridge) Ptnrs Capital & Income Fund Class A | E | Dividend | P1 | T | | | | | |
| 55. Legg Mason (Clearbridge) Appreciation Fund Class A | D | Dividend | P1 | T | | | | | |
| 56. Legg Mason (Clearbridge) Value Trust Inc. | B | Dividend | N | T | Distributed (part) | 12/12/18 | L | A | |
| 57. MFS Utilities Fund CL C | B | Dividend | L | T | | | | | |
| 58. Olstein All CAP Value Fund Class C | | None | O | T | Distributed (part) | 12/12/18 | L | A | |
| 59. Morgan Stanley Bank (formerly Citibank) | A | Interest | J | T | Distributed (part) | 12/13/18 | L | A | |
| 60. JP Morgan Chase Certificate of deposit | A | Interest | L | T | | | | | |
| 61. | | | | | | | | | |
| 62. Andrea Glenn Morgan Stanley IRA Account | | | | | | | | | |
| 63. Legg Mason (Clearbridge) Capital & Income Fund CL C | A | Dividend | K | T | | | | | |
| 64. Lord Abbett Balanced Strategy Fund CL C | A | Dividend | J | T | | | | | |
| 65. Olstein All Cap Value Fund CL C | | None | J | T | Distributed (part) | 12/12/18 | J | A | |
| 66. Morgan Stanley Bank (formerly ) | A | Interest | J | T | | | | | |
| 67. First Eagle Global Fund | A | Dividend | J | T | | | | | |
| 68. MFS Utilities Fund CL C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Morgan Stanley 529 College Savings Plans | | | | | | | | | |
| 71. FBO       - JP Morgan 529 Aggr AB PTF A | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 72. FBO       - JP Morgan 529 Aggr AB PTF A | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 73. FBO       - JP Morgan 529 Aggr AB PTF A | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 74. FBO       - JP Morgan 529 Aggr AB PTF A | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 75. FBO       - JP Morgan 529 Mod GW AB PTF A | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 76. FBO       - JP Morgan 529 Mod AB PTF A | A | Dividend | K | T | Buy | 12/19/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to the entry in Part VII, line 43, I hold a limited partnership interest in a fund that invests in publicly traded securities. I have never received any distributions from this limited partnership. To the extent that the fund receives income, the value of my investment increases, and the value at year end is reflected in column C(1). For income tax reporting purposes, the K-1 return I receive reflects income (or losses) derived from the following sources: ordinary dividends, interest income, short-term capital gains (or losses) and long-term capital gains (or losses). In line 43, column B(2), I have selected "Int/Div" as the income type, but it should be noted that income reported for tax purposes also includes income (or losses) from short and long term capital gains (or losses). My entry in line 43, column B(1) reflects my percentage share for income (or losses) reported from all categories of income as explained in this paragraph.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martin Glenn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544